UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY LEE, | ) CASE NO.: CV06-3679-GW (AJWx) |
|                       Plaintiff, | ) AMENDED JUDGMENT ON COMPLAINT |
| vs. | ) |
| MARY WILLIAMS, | ) |
|                       Defendant. | ) |

The motion of plaintiff, BEVERLY LEE ("LEE"), for summary judgment came on regularly in the above-entitled matter for hearing on June 15 and June 29, 2007, in Courtroom 10 of the United States District Court.  After reviewing all evidence in support of and opposed to said motion for summary judgment, and after hearing oral argument, and based upon the evidence submitted, and the post-trial briefing, GOOD CAUSE APPEARING, IT IS ORDERED,

That the plaintiff's motion is granted.  The court finds that defendant, MARY WILLIAMS, violated 15 USC §1114(1)(a) et.seq., in that MARY WILLIAMS has, without the consent of LEE, the registered owner, and with full knowledge of LEE'S rights in the

AMENDED JUDGMENT ON COMPLAINT

ownership of the trademark, used the trademark, "The Shirelles", in commerce, therefore, judgment is entered on the cause of action for Violation of Trademark. All other causes of action are hereby dismissed, without prejudice, and this judgment is entered in favor of plaintiff, BEVERLY LEE, and against defendant, MARY WILLIAMS, and that plaintiff, BEVERLY LEE shall have a recover from defendant, MARY WILLIAMS, the sum of $172,200. The court finds defendant's proven profits to be $57,400 as per 15 U.S.C., §1117(a)(1), which the Court trebles pursuant to §1117(b), which equals $172,200.

The Court further ORDERS that plaintiff, BEVERLY LEE, shall recover from defendant, MARY WILLIAMS, plaintiff's costs of suit in the sum of $1,643.05, and attorneys fees in the sum of $29,430.00, all in the total sum of $31,073.05 and pursuant to a duly filed Cost Bill.

The Court orders that defendant WILLIAMS is ordered not to use the trademark "The Shirelles", unless she obtains the written consent of plaintiff, LEE.

DATED: April 22. 2008

_____
JUDGE, UNITED STATES DISTRICT COURT

AMENDED JUDGMENT ON COMPLAINT

2